IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LINDA LEE McKINNISS,

    Plaintiff,

  vs.             Civil Action 2:14-cv-293
                  Judge Smith
                  Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

ORDER

   This is an action instituted under the provisions of 42 U.S.C. §
405(g) for review of a final decision of the Commissioner of Social
Security denying plaintiff's application for disability insurance
benefits. On February 27, 2015, the United States Magistrate Judge
recommended that the decision of the Commissioner be affirmed and that
the action be dismissed. *Report and Recommendation*, ECF No. 17.
Although the parties were advised of their right to object to the
recommendation, and of the consequences of their failure to do so,
there has been no objection.

   The *Report and Recommendation*, ECF No. 17, is **ADOPTED AND
AFFIRMED**. The decision of the Commissioner is **AFFIRMED** pursuant to
Sentence 4 of 42 U.S.C. § 405(g).

   The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to
Sentence 4 of 42 U.S.C. § 405(g).

               *s/George C. Smith*_____
              George C. Smith, Judge
              United States District Court